HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
ELIZABETH LOPEZ-LOMELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00081-MCE |
| Plaintiff, | **DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| ELIZABETH LOPEZ-LOMELI | Date:   December 3, 2020 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), defendant consents to proceed with this hearing by video-teleconference.  Defendant agrees that this admit/deny hearing cannot be further delayed without serious harm to the interests of justice given that at the time of disposition her sentence could be time-served.  Defendant also understands that, under Federal Rules of Criminal Procedure 32 and 43, as well as the Constitution, she may have the right to be physically present at this hearing.  Defendant understands that right and voluntarily agrees to waive it and to proceed remotely.  Counsel joins in this consent, agreement, and waiver.

The parties request that the Court find that for reasons specific to this case, admit/deny hearing cannot be further delayed without serious harm to the interests of justice.

Pursuant to Gen. Order 616, counsel for Ms. Lopez-Lomeli signs this waiver on her behalf.

Dated: December 1, 2020

          /s/ Elizabeth Lopez-Lomeli
          ELIZABETH LOPEZ-LOMELI

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated: December 1, 2020

          /s/ Lexi Negin
          LEXI NEGIN
          Assistant Federal Defender
          Attorney for Defendant
          ELIZABETH LOPEZ-LOMELI

IT IS SO ORDERED.

Dated: December 1, 2020

          MORRISON C. ENGLAND, JR
          SENIOR UNITED STATES DISTRICT JUDGE