

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v<br><br>ELIZABETH LOPEZ-LOMELI,<br><br>　　　　　　Defendant.<br>_____/ | Case No. 2:20-cr-00081-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ELIZABETH LOPEZ-LOMELI, No. 2:20-cr-00081-MCE, from custody directly from the Colusa County Jail, for the following reasons:

```
___     Release on Personal Recognizance
___     Bail Posted in the Sum of $
___     Unsecured Appearance Bond
___     Appearance Bond with 10% Deposit
___     Appearance Bond with Surety
___     Corporate Surety Bail Bond
 X      Other:   Pursuant to the Court's sentence of time served.
___
```

Issued at Sacramento, California on January 7, 2021, at 10:07 a.m.

Dated:  January 7, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE